IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LADARRIUS GULLY, on behalf of himself and others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>        Defendant. | Case No. 3:20-CV-00702-SPM |

# JUDGMENT IN A CIVIL ACTION

**DECISION BY THE COURT.**

    **IT IS ORDERED AND ADJUDGED** that pursuant to the Notice of Voluntary Dismissal dated October 23, 2020 (Doc. 39), this action was **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

    **DATED:** October 27, 2020

                                              MARGARET M. ROBERTIE,
                                              Clerk of Court

                                              By:  s/ *Jackie Muckensturm*
                                                       Deputy Clerk

**APPROVED:** s/ *Stephen P. McGlynn*
                    STEPHEN P. MCGLYNN
                    U.S. District Judge